People ex rel. Ashton v Dannhauser (2024 NY Slip Op 04653)

People ex rel. Ashton v Dannhauser

2024 NY Slip Op 04653

Decided on September 27, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
LARA J. GENOVESI
CARL J. LANDICINO, JJ.

2024-09094

[*1]The People of the State of New York, ex rel. Brittany Ashton, on behalf of S.C., petitioner,
v
Jess Dannhauser, etc., respondent.

Twyla Carter, New York, NY (Brittany Ashton pro se and Marion Elizabeth Campbell of counsel), for petitioner.
Michael E. McMahon, District Attorney, Staten Island, NY (Thomas B. Litsky, Timothy Pezzoli, and James Joseph Gandia of counsel), for respondent.

Writ of habeas corpus in the nature of an application to release S.C. upon his own recognizance or, in the alternative, to set reasonable bail upon Richmond County Indictment No. 70627/2024. Application by the petitioner to seal the papers filed in connection with the application for a writ of habeas corpus.
ORDERED that the application to seal the papers filed in connection with the application for a writ of habeas corpus is granted to the extent that the papers filed in connection with the application for a writ of habeas corpus are marked confidential and may not be viewed by the public but may be viewed by the parties and counsel appearing on their behalf, and the application to seal is otherwise denied; and it is further,
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Richmond County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DUFFY, CHRISTOPHER, GENOVESI and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court